Case 4:22-cv-02323   Document 1-1   Filed on 07/13/22 in TXSD   Page 1 of 17

6/22/2022 12:40 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 65671083
By: Cecilia Thayer
Filed: 6/22/2022 12:40 PM

CAUSE NO. _____

| | | |
|---|---|---|
| **MICHELLE MCMILLAN**<br>*Plaintiff,* | § § § | IN THE DISTRICT COURT |
| v. | § § | HARRIS COUNTY, TEXAS |
| **JAMES MARQUIN LEQUANDRE AND P.A.M. TRANSPORT, INC.**<br>*Defendants.* | § § § § | ____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION AND RULE 193.7 NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MICHELLE MCMILLAN ("Plaintiff"), complaining of, JAMES MARQUIN LEQUANDRE and P.A.M. TRANSPORT, INC. ("collectively as Defendants"), and files this Plaintiff's Original Petition and Rule 193.7 Notice and would respectfully show the Court the following:

### I.
### DISCOVERY LEVEL

1. Plaintiff intends to conduct discovery under Level III of the Texas Rules of Civil Procedure 190.4.

### II.
### RULE 47 STATEMENT

2. Plaintiff seeks monetary relief over $1,000,000.00. Tex. R. Civ. P. 47 (c)(5).

### III.
### REQUIRED DISCLOSURES

3. Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are required to provide the information and materials described in Rule 194.2 of the Texas Rules of Civil Procedure within 30 days after Defendants file their answers, and without further action, notice, and/or request by Plaintiff.


EXHIBIT A

## IV.
## PARTIES

4. Plaintiff is a resident of the State of Texas.

5. Defendant, James Marquin Lequandre ("Defendant Lequandre"), is a resident of the State of Edmond, Oklahoma. Defendant Lequandre may be served with process at his home located at 2525 Northwest 181st Street, Edmond, Oklahoma 73012, or wherever he may be found. **Plaintiff requests citation and will utilize their own private process server to effectuate service.**

6. Defendant, P.A.M. Transport, Inc. ("Defendant P.A.M. Transport"), is a foreign for-profit corporation conducting business in the State of Arkansas. Defendant P.A.M. Transport may be served with process through its registered agent, Angela R Clark, Highway 412 West, Tontitown, Arkansas 72770, or wherever it may be found. **Plaintiff requests citation and will utilize their own private process server to effectuate service.**

## V.
## JURISDICTION AND VENUE

7. This Court has jurisdiction over Defendants because Defendants have in the past and continue to do business in Texas, have continuing contacts with the State, and are amendable to service in the State of Texas, the amount in controversy exceeds the minimal jurisdictional limits of this Court.

8. Venue is proper in Harris County, Texas because it is the county in which all or a substantial part of the events giving rise to the claim occurred. Tex. Civ. Prac. & Rem. Code Ann. §15.002(a)(1).

## VI.
## FACTS

9.      On June 4, 2022, Plaintiff was stopped and waiting to turn left at the traffic light located at the intersection of 7900 Bellfort Street and the Gulf Freeway in Houston, Harris County, Texas. The light turned green, Plaintiff attempted to turn left, and Defendant Lequandre entered her lane causing a serious motor vehicle crash and Plaintiff personal injuries. A police officer with the Houston Police Department arrived at the scene, investigated, determined Defendant Lequandre was solely at fault for the crash, and issued Defendant Lequandre a citation for an improper left turn. At all times relevant, Defendant Lequandre was in the course and scope of his employment for Defendant P.A.M. Transport.

## VII.
## NEGLIGENCE OF DEFENDANT LEQUANDRE

10.     Defendant Lequandre had a duty to exercise ordinary care and operate his motor vehicle reasonably and prudently on the day of the incident that made the basis of this lawsuit.  Defendant Lequandre breached his duty in one or more of the following ways:

        a.     Failing to maintain a proper lookout;

        b.     Failing to timely apply the brakes;

        c.     Failing to maintain control of a motor vehicle;

        d.     Driving while distracted;

        e.     Failing to turn the vehicle to avoid the collision;

        f.     Failing to change lanes when safe;

        g.     Making an improper left turn;

        h.     Entering Plaintiff's lane when it was unsafe to do so;

        i.     Failing to utilize a turn signal; and

        j.     Other acts so deemed negligent.

11.     Defendant Lequandre's acts, and/or omissions were a proximate cause of Plaintiff's injuries.

## VIII.
## NEGLIGENCE *PER SE* OF DEFENDANT LEQUANDRE

12.     Defendant Lequandre's negligent conduct constitutes an unexcused breach of duty imposed by traffic laws and regulations of the State of Texas as codified in the Texas Transportation Code ("TTC"). Specifically, Defendant Lequandre violated the following statute:

> TTC 545.060     duty of driver to change lanes only when its safe to do so.

The provisions of the TTC are designed to protect a class of persons to which Plaintiff belonged at the time of the collision. Violations of the TTC impose tort liability. Defendant Lequandre's unexcused breach of the duty imposed on him by the TTC proximately caused Plaintiff's injuries, which resulted in the damages itemized below.

## IX.
## RESPONDEAT SUPERIOR

13.     Defendant Lequandre was an employee of Defendant P.A.M. Transport prior to and at the time of the incident. Defendant P.A.M. Transport is liable for the torts committed by its employees during the course and scope of their employment.  Defendant PAM Transport's employees, while acting within the course and scope of their employment (and in furtherance of Defendant P.A.M. Transport's business), had a general duty to exercise reasonable care in performing their work. On June 4, 2022, Defendant P.A.M. Transport's employees, however, failed to exercise the requisite standard of care under the circumstances. Defendant P.A.M. Transport is also vicariously liable for the actions of any other employees whose actions and/or inactions caused and/or contributed to the

4

incident made the basis of this lawsuit. As a result, Defendant P.A.M. Transport is liable for injuries sustained by Plaintiff.

# X.
# NEGLIGENCE OF DEFENDANT P.A.M. TRANSPORT

14.     Defendant P.A.M. Transport owed a duty of care to other motorists, including Plaintiff, to ensure its agents, servants, and employees, for whose acts Defendant P.A.M. Transport is in all things responsible, act with reasonable care and do not pose an unreasonable risk of causing harm. The following acts and omissions by Defendant P.A.M. Transport were negligent, and were a proximate cause of Plaintiff's injuries:

a.  Failure to properly supervise employees;

b.  Failure to provide its employees with necessary equipment;

c.  Failure to properly train employees;

d.  In failing to do what a person of ordinary prudence in the same or similar circumstances would have done;

e.  In failing to train its employees on how to respond to an emergency situation;

f.  In failing to get unsafe drivers off the roadway;

g.  In failing to investigate the crash in question;

h.  Failing to develop and implement actions to encourage safe driving;

i.  Failing to develop employment positions to adequately train drivers;

j.  Failure to conduct daily safety meetings;

k.  Requiring employees to work to the point of fatigue;

l.  Failing to implement policy to insure against driver fatigue;

m.  Failing to follow own policy and procedure following accident;

    n.    Failing to create adequate policies and procedures relating to driver safety and safe driving;

    o.    Failing to regularly test drivers to insure safe practices;

    p.    Failing to have policies and procedures in place to confirm safe driving;

    q.    Failing to train Defendant Lequandre on the safe and proper way to change lanes; and

    r.    Other acts so deemed negligent.

15.    Defendant P.A.M. Transport's acts, and/or omissions were a proximate cause of Plaintiff's injuries.

## XI.
## DAMAGES

16.    Plaintiff individually seeks monetary damages above $1,000,000.00 and demands a judgment for all other relief to which Plaintiff may show herself to be entitled. Plaintiff suffered the following damages and asks to be fairly and reasonably compensated for each:

    a.    The amount of reasonable medical expense Plaintiff has incurred in the past, and those that she will reasonably incur in the future;

    b.    The physical pain and suffering Plaintiff has suffered in the past and will continue to suffer in the future;

    c.    The mental anguish Plaintiff has suffered in the past and will continue to suffer in the future;

    d.    The loss of enjoyment of life Plaintiff has suffered in the past and will continue to suffer in the future;

    e.    The physical disfigurement Plaintiff has suffered in the past and will continue to suffer in the future;

    f.    The physical impairment Plaintiff has suffered in the past and will continue to suffer in the future;

 g. The loss of opportunity Plaintiff has suffered in the past and will continue to suffer in the future;

 h. The loss of any earning sustained by Plaintiff in the past, and the loss of reduction of Plaintiff's earning capacity in the future;

 i. Any lost wages;

 j. Any other damages that Plaintiff is entitled to pursuant to law and the jury's discretion.

## XII.
## PRESERVATION OF EVIDENCE

17. Plaintiff hereby requests and demands that Defendants preserve and maintain all evidence pertaining to any claim or defense related to the incident that made the basis of this lawsuit, or the damages resulting therefrom, including photographs; videotapes; audiotapes; dashcams; witness statements (audio, written, and/or videoed); black box data; the black box; employment logs; call logs; after accident policies; recordings; business and medical records; estimates; invoices; checks; measurements; inspections of the vehicle; any vehicle; or the scene; and item which has been removed from any vehicle or portion of vehicle which was involved in the incident; correspondence; memoranda; files; facsimiles; email; voice mail; text messages; investigation; cellular telephone records; calendar entries; and any electronic images, date, or information related to Defendants, the referenced incident, or any damages resulting therefrom. Failure to maintain such items will constitute spoliation of the evidence.

## XIII.
## RULE 193.7 NOTICE

18. Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives actual notice to Defendants that any and all documents produced by Defendants may be used against Defendants at any pretrial proceedings and/or trial of this matter without the

necessity of authenticating documents.

## XIV.
## DESIGNATED E-SERVICE EMAIL ADDRESS

19.     The following is the undersigned attorney's designated e-Service email address for all e-served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) and 21a: **filing@mcmillanfirm.com**. This is the undersign's only e-Service email address, and service through any other email address will be considered invalid.

## XV.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, for the above reasons, Plaintiff prays she obtain judgment against Defendants, jointly and severally, with interest on the judgment at the legal rate, pre-judgment interest, cost of the court and for such other relief, both in law and equity, to which Plaintiff may show herself justly entitled.

Respectfully submitted,

**MCMILLAN LAW FIRM, PLLC**

*/s/ Chance A. McMillan*
_____
Chance A. McMillan
Texas State Bar No. 24078981
Colorado State Bar No. 57120
Federal I.D. No. 1902653
cam@mcmillanfirm.com
Jaqualine P. McMillan
Texas State Bar No. 24082955
Colorado State Bar No. 56037
Federal I.D. No. 1724664
jpm@mcmillanfirm.com
1010 Lamar Street, Suite 750
Houston, Texas 77002

Tel: (281) 888-2131  
Fax: (832) 831-2175  
Email: filing@mcmillanfirm.com  
*ATTORNEYS FOR PLAINTIFF*

Case 4:22-cv-02323   Document 1-1   Filed on 07/13/22 in TXSD   Page 10 of 17

6/22/2022 12:40:53 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 65671083
By: THAYER, CECILIA
Filed: 6/22/2022 12:40:53 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: Plaintiff's Original Petition and Rule 193.7 Notice

FILE DATE: 06/22/2022   Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: James Marquin Lequandre

Address of Service: 2525 Northwest 181st Street

City, State & Zip: Edmond, Oklahoma 73012

Agent (if applicable): _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED**: (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias   Newspaper_____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [x] E-Issuance by District Clerk
- [ ] MAIL to attorney at: _____   (No Service Copy Fees Charged)
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____   Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: Chance A. McMillan   Bar # or ID 24078981

Mailing Address: 1010 Lamar Street, Suite 750, Houston, Texas 77002

Phone Number: 281-888-2131

6/22/2022 12:40:53 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 65671083
By: THAYER, CECILIA
Filed: 6/22/2022 12:40:53 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

CASE NUMBER: _____   CURRENT COURT: _____

Name(s) of Documents to be served: **Plaintiff's Original Petition and Rule 193.7 Notice**

FILE DATE: **06/22/2022**   Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: **P.A.M. Transport, Inc.**

Address of Service: **Highway 412 West**

City, State & Zip: **Tontitown, Arkansas 72770**

Agent (if applicable) **Angela R. Clark**

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper _____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [x] E-Issuance by District Clerk
- [ ] MAIL to attorney at: _____
      (No Service Copy Fees Charged)
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____
- [ ] OTHER, *explain* _____

Issuance of Service Requested By: Attorney/Party Name: **Chance A. McMillan**   Bar # or ID **24078981**

Mailing Address: **1010 Lamar Street, Suite 750, Houston, Texas 77002**

Phone Number: **281-888-2131**

7/5/2022 4:36 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 66032712
By: C Ougrah
Filed: 7/5/2022 4:36 PM

CAUSE NO. 202237422

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 933887   TR# 74020523

EML

| | |
|---|---|
| Plaintiff:<br>MCMILLAN, MICHELLE<br>vs.<br>Defendant:<br>LEQUANDRE, JAMES MARQUIN | In The 129th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |

CITATION (NON-RESIDENT CORPORATE)
THE STATE OF TEXAS
County of Harris

To:    P A M TRANSPORT INC (A FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED THROUGH ITS
REGISTERED AGENT ANGELA R CLARK
HIGHWAY 412 WEST, TONTITIOWN AR 72770
OR WHEREVER IT MAY BE FOUND

   Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION AND RULE 193.7 NOTICE

This instrument was filed on June 22, 2022 in the above cited cause number and court.  The
instrument attached describes the claim against you.

   YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

   This citation was issued on June 27, 2022, under my hand and seal of said court.



| | |
|---|---|
| Issued at the request of:<br>McMillan, Chance<br>1010 LAMAR STREET<br>Houston, TX  77002<br>281-888-2131<br>Bar Number: 24078981 | *Marilyn Burgess*<br>Marilyn Burgess, District Clerk<br>Harris County, Texas<br>201 CAROLINE, Houston, TX 77002<br>(PO  Box  4651, Houston, TX 77210)<br>Generated By: CECILIA THAYER |

Tracking Number: 74020523
EML

CAUSE NUMBER: 202237422

| | |
|---|---|
| PLAINTIFF: MCMILLAN, MICHELLE | In the 129th |
| vs. | Judicial District Court of |
| DEFENDANT: LEQUANDRE, JAMES MARQUIN | Harris County, Texas |

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____,
20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ___. M. On the _____ day of
_____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy(ies) of the Petition. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____
    By_____
        Affiant                                                          Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20___

_____
                                                          Notary Public

RUSH SERVICE

**129th District Court of HARRIS County. Texas**
201 CAROLINE, 10 FL HOUSTON, TX 77002

Case #: 202237422

MICHELLE MCMILLAN

*Plaintiff*
vs
JAMES MARQUIN LEQUANDRE AND P.A.M. TRANSPORT, INC.

*Defendant*

## AFFIDAVIT OF SERVICE
(Private Process)

I, __Justin Goodhart__, being duly sworn deposes That I am a competent person more than 18 years of age or older and not a party to this action. That I received the documents stated below on __6/27/22__ instructing for same to be delivered upon **P.A.M. TRANSPORT, IN BY DELIVERING TO REGISTERED AGENT, ANGELA R CLARK.**

That I delivered to : __Angela Clark__

the following : **CITATION (NON-RESIDENT CORPORATE); PLAINTIFF'S ORIGINAL PETITION AND RULE 193.7 NOTICE**

at this address : __Highway 412 West__
__Tontitown, AR 72770__

Manner of Delivery : [X] By PERSONALLY delivering the document(s) to the person above.
[__] By SUBSTITUTE SERVICE: By delivering to the above named person at the usual place of abode/business
[__] By POSTING: By securely affixing to the main entry

Date and time : __6/29/2022 @ 1:05pm__

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.
EXECUTED BY:

__6/29/2022__
Date                                 Signature of Server
                                Lic#: __12617-17__   Expiration: __3/12/23__

On this day __Justin Goodhart__ appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this __29th__ day of __June__ 20__22__.

PCP Inv. #A22602440
Private Process Server                          __Tosha R Anderson__
                                                 NOTARY PUBLIC
McMillan, Chance A.
McMillan Law Firm PLLC

christyb

Service Fee: _____
Witness Fee: _____
Mileage Fee: _____

E-FILE AFF

RUSH SERVICE

**129th District Court of HARRIS County, Texas**
201 CAROLINE, 10 FL HOUSTON, TX 77002

Case #: 202237422

**MICHELLE MCMILLAN**

*Plaintiff*
**vs**
**JAMES MARQUIN LEQUANDRE AND P.A.M. TRANSPORT, INC.**

*Defendant*

## AFFIDAVIT OF SERVICE
(Private Process)

I, **Justin Goodhart**, being duly sworn deposes That I am a competent person more than 18 years of age or older and not a party to this action. That I received the documents stated below on 6/27/22 instructing for same to be delivered upon **P.A.M. TRANSPORT, IN BY DELIVERING TO REGISTERED AGENT, ANGELA R CLARK.**

That I delivered to : **Angela Clark**

the following : **CITATION (NON-RESIDENT CORPORATE); PLAINTIFF'S ORIGINAL PETITION AND RULE 193.7 NOTICE**

at this address : Highway 412 West, Tontitown, AR 72770

Manner of Delivery :
[X] By PERSONALLY delivering the document(s) to the person above.
[_] By SUBSTITUTE SERVICE: By delivering to the above named person at the usual place of abode/business
[_] By POSTING: By securely affixing to the main entry

Date and time : 6/29/2022 @ 1:05pm

I SOLEMNLY AFFIRM under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.
EXECUTED BY:

6/29/2022
Date                                   Signature of Server
                                       Lic#: 72LS17-17    Expiration: 3/12/23

On this day **Justin Goodhart** appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this 29th day of June 2022.

PCP Inv. #A22602440
Private Process Server                 Tosha R Anderson
                                       NOTARY PUBLIC
McMillan, Chance A.
McMillan Law Firm PLLC

                                       Service Fee:_____
                                       Witness Fee:_____
                                       Mileage Fee:_____
christyb                                                    E-FILE AFF

| HCDistrictclerk.com | MCMILLAN, MICHELLE vs. LEQUANDRE, JAMES MARQUIN | 7/13/2022 |
|---|---|---|
| | Cause: 202237422   CDI: 7   Court: 129 | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

| CASE DETAILS | | CURRENT PRESIDING JUDGE | |
|---|---|---|---|
| **File Date** | 6/22/2022 | **Court** | 129th |
| **Case (Cause) Location** | | **Address** | 201 CAROLINE (Floor: 10) HOUSTON, TX 77002 Phone:7133686180 |
| **Case (Cause) Status** | Active - Civil | | |
| **Case (Cause) Type** | Motor Vehicle Accident | **JudgeName** | MICHAEL GOMEZ |
| **Next/Last Setting Date** | N/A | **Court Type** | Civil |
| **Jury Fee Paid Date** | 6/22/2022 | | |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| MCMILLAN, MICHELLE | PLAINTIFF - CIVIL | | MCMILLAN, CHANCE ALLEN |
| LEQUANDRE, JAMES MARQUIN | DEFENDANT - CIVIL | | |
| P A M TRANSPORT INC | DEFENDANT - CIVIL | | |
| P A M TRANSPORT INC (A FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED | REGISTERED AGENT | | |
| P A M TRANSPORT INC | DEFENDANT - CIVIL | | |

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume/Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 6/22/2022 | ORIGINAL PETITION | | | 0 | | MCMILLAN, CHANCE ALLEN | MCMILLAN, MICHELLE |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION(NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | LEQUANDRE, JAMES MARQUIN | 6/22/2022 | 6/27/2022 | | | | 74020521 | E-MAIL |

2525 NORTHWEST 181 STREET EDMOND OK 73012

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (NON-RESIDENT CORPORATE) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | P A M TRANSPORT INC (A FOREIGN FOR-PROFIT CORPORATION) MAY BE SERVED | 6/22/2022 | 6/27/2022 | 6/29/2022 | | 7/5/2022 | 74020523 | E-MAIL |

HIGHWAY 412 WEST TONTITIOWN AR 72770

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 102802152 | Service Returns | | 07/05/2022 | 4 |
| 102597339 | Plaintiff's Original Petition and Rule 193.7 Notice | | 06/22/2022 | 9 |
| ·> 102597340 | Request for Issuance of Service | | 06/22/2022 | 1 |
| ·> 102597341 | Request for Issuance of Service | | 06/22/2022 | 1 |